MICHAEL BEEDE, ESQ.
Nevada Bar No. 13068
JAMES W. FOX, ESQ.
Nevada Bar No. 13122
**THE LAW OFFICE OF MIKE BEEDE, PLLC**
2470 St. Rose Pkwy., Ste. 307
Henderson, NV 89074
Phone: 702-473-8406
eservice@legallv.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARIVELLE NUNEZ AS TRUSTEE FOR MARIVELLE NUNEZ REVOCABLE LIVING TRUST,<br><br>Plaintiff,<br>v.<br>HOMEFIELD FINANCIAL, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; NATIONSTAR MORTGAGE, LLC; KEYBANK NATIONAL ASSOCIATION; and DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive<br>Defendants. | CASE NO. 2:16-cv-01504-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE TO NATIONSTAR MORTGAGE, LLC's MOTION FOR SUMMARY JUDGMENT [ECF NO. 42]**<br><br>**[SECOND REQUEST]** |
| NATIONSTAR MORTGAGE, LLC<br>Counterclaimant/Crossclaimant,<br>v.<br>MARIVELLE NUNEZ AS TRUSTEE FOR MARIVELLE NUNEZ REVOCABLE LIVING TRUST; SILVER TURTLE HOMEOWNER'S ASSOCIATION; and NEVADA ASSOCIATION SERVICES<br>Counter-Defendant/Cross-Defendants | |

Defendant/Counterclaimant/Cross-Claimant Nationstar Mortgage LLC (**Nationstar**) and Defendant Mortgage Electronic Registration Systems, Inc. (**MERS**, collectively **Defendants**) and Plaintiff/Counter-Defendant Marivelle Nunez as Trustee for Marivelle Nunez Revocable Living

1

Trust (**Plaintiff**), by and through their respective counsel of record, stipulate to extend Plaintiff's deadline to respond to Defendant Nationstar Mortgage LLC's motion for summary judgment [ECF 42] for fourteen (14) additional days as follows:

1. Plaintiff filed its complaint in the Eighth Judicial District Court of Clark County, Nevada on May 4, 2016 asserting quiet title/declaratory relief and injunction relief against Defendants.

2. Nationstar removed this action to the United States District Court, District of Nevada on June 24, 2016 [ECF No. 1].

3. MERS & Nationstar answered Plaintiff's complaint on July 15, 2016 [ECF No. 4 & 6].

4. This Court entered a discovery plan and scheduling order on May 23, 2019, setting a November 19, 2019 dispositive motions deadline [ECF No. 27]. An order granting the parties' stipulation for an extension of the November 19, 2019 deadline was entered on September 23, 2019, extending the dispositive motions deadline to February 3, 2020 [ECF No. 40].

5. The parties stipulated to extend the Plaintiff's deadline to respond to Nationstar Mortgage LLC's motion for summary judgment [ECF 42] to **March 9, 2020**, to allow time for the parties to continue settlement negotiations which, if finalized, will resolve all pending claims.

6. Due to the unique nature of this case, those settlement discussions will require additional time to complete.

7. The parties therefore stipulate to extend the Plaintiff's deadline to respond tp Nationstar Mortgage LLC's motion for summary judgment [ECF 42] for fourteen (14) days, up to and including **March 23, 2020**, to allow time for the parties to continue settlement negotiations which, if finalized, will resolve all pending claims between them.

8. The parties are currently evaluating a settlement arrangement that is atypical of these types of cases, as the original homeowner purchased the property from the HOA foreclosure sale buyer and is plaintiff in this action against the loan servicer, Nationstar, thus necessitating considerations between a borrower and lender not at issue in other cases.

9. The parties do not file this stipulation with the intent to delay or bad faith.

DATED this 9th day of March 2020.

| **AKERMAN LLP** | **THE LAW OFFICE OF MIKE BEEDE, PLLC** |
|---|---|
| */s/ Donna M. Wittig* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> DONNA M. WITTIG, ESQ. <br> Nevada Bar No. 11015 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br> *Attorneys for Defendants Nationstar Mortgage LLC and Mortgage Electronic Registration Systems, Inc.* | */s/ Michael N. Beede* <br> MICHAEL N. BEEDE, ESQ. <br> Nevada Bar No. 13068 <br> JAMES W. FOX, ESQ. <br> Nevada Bar No. 13122 <br> 2470 St. Rose Parkway, Suite 307 <br> Henderson, Nevada 89074 <br> *Attorneys for Marivelle Nunez as Trustee for Marivelle Nunez Revocable Living Trust* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: March 10, 2020.