MICHAEL BEEDE, ESQ.
Nevada Bar No. 13068
JAMES W. FOX
Nevada Bar No. 13122
THE LAW OFFICE OF MIKE BEEDE, PLLC
2470 St. Rose Pkwy., Ste. 307
Henderson, NV 89074
Phone: 702-473-8406
eservice@legallv.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARIVELLE NUNEZ AS TRUSTEE FOR MARIVELLE NUNEZ REVOCABLE LIVING TRUST,<br><br>        Plaintiff,<br><br>v.<br><br>HOMEFIELD FINANCIAL, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; NATIONSTAR MORTGAGE, LLC; KEYBANK NATIONAL ASSOCIATION; and DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive<br><br>        Defendants. | CASE NO. 2:16-cv-01504-JAD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF Nos. 41, 47 |
| NATIONSTAR MORTGAGE, LLC<br><br>        Counterclaimant/Crossclaimant,<br><br>v.<br><br>MARIVELLE NUNEZ AS TRUSTEE FOR MARIVELLE NUNEZ REVOCABLE LIVING TRUST; SILVER TURTLE HOMEOWNER'S ASSOCIATION; and NEVADA ASSOCIATION SERVICES<br><br>        Counter-Defendant/Cross-Defendants | |

COME NOW Plaintiff/Counter-Defendant/Cross-Defendant, Marivelle Nunez, as Trustee for the Marivelle Nunez Revocable Living Trust (hereafter, "Plaintiff," or "Nunez"), by and through her attorneys of record, Michael N. Beede, Esq. and James W. Fox, Esq. of The Law

1

Office of Mike Beede, PLLC, and Defendants/Counterclaimants/Crossclaimants Nationstar Mortgage LLC and Mortgage Electronic Registrations Systems, Inc., by and through their attorneys of record, Melanie D. Morgan, Esq. and Donna M. Wittig, Esq., of Akerman LLP, and hereby stipulate as follows:

1. This matter relates to the ownership and title to certain residential property in Clark County, Nevada, commonly known as 6120 Skokie Ct., Las Vegas, Nevada 89130 and bearing Clark County Assessor's Parcel Number 125-26-611-016.

2. Plaintiff filed her Complaint for Quiet Title in the Eighth Judicial District Court on May 4, 2016.

3. Defendant Nationstar Mortgage, LLC filed a Petition for Removal with the United States Court on June 24, 2016 (ECF No. 1).

4. Defendant Mortgage Electronic Registrations Systems, Inc. filed its Answer on July 15, 2016 (ECF No. 4).

5. Defendant Nationstar Mortgage, LLC filed its Answer, Counterclaim, and Crossclaim on July 15, 2016 (ECF No. 6).

6. On August 17, 2016, this Court issued and Order staying this matter (ECF No. 15).

7. Plaintiff filed her Motion to Lift Stay on April 18, 2019 (ECF No. 20).

8. An Order lifting the stay was filed on April 23, 2019 (ECF No. 22).

9. On May 20, 2019, Plaintiff filed her Request for Entry of Clerk's Default against Defendant Homefield Financial, Inc. (ECF No. 23).

10. On May 21, 2019, a Default was filed against Defendant Homefield Financial, Inc. (ECF No. 25).

11. On July 9, 2019, Plaintiff filed her Request for Entry of Clerk's Default against Defendant Keybank National Association (ECF No. 34).

12. On July 12, 2019, a Default was filed against Defendant Keybank National Association (ECF No. 35).

13. Plaintiff and Defendants Nationstar Mortgage, LLC and Mortgage Electronic Registration Systems, Inc. filed a Stipulation and (Proposed) Order to Extend Discovery Deadlines (First Request) on September 20, 2019. (ECF No. 37).

14. The Stipulation and Order to Extend Discovery Deadlines (First Request) was filed on September 23, 2019 (ECF No. 38).

15. Plaintiff and Defendants Nationstar Mortgage, LLC and Mortgage Electronic Registration Systems, Inc. have settled all claims between them.

16. Based upon the foregoing, the Parties hereby stipulate to dismiss all claims between Plaintiff and Defendants Nationstar Mortgage, LLC and Mortgage Electronic Registration Systems, Inc., with prejudice, pursuant to FRCP 41(a)(2). Each party shall bear its own fees and costs.

17. That certain deed of trust bearing Clark County Recorder's Instrument Number 20060831-0003921 remains a valid and enforceable encumbrance to parcel number 125-26-611-016.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

18. That certain lis pendens recorded as instrument number 20160523-0000853 shall be expunged.

DATED this 23rd day of March, 2020.

THE LAW OFFICE OF MIKE BEEDE, PLLC

By: */s/ Michael Beede*
    MICHAEL BEEDE, ESQ.
    Nevada Bar No. 13068
    JAMES W. FOX, ESQ.
    Nevada Bar No. 13122
    2470 St. Rose Pkwy., Ste. 307
    Henderson, NV 89074
    *Attorneys for Marivelle Nunez, as Trustee*
    *for Marivelle Nunez Revocable Living*
    *Trust*

DATED this 23rd day of March, 2020.

AKERMAN LLP

By: */s/ Donna M. Wittig*
    MELANIE D. MORGAN, ESQ.
    Nevada Bar No. 8215
    DONNA M. WITTIG, ESQ.
    Nevada Bar No. 11015
    1635 Village Center Cir., Ste. 200
    Las Vegas, NV 89134
    *Attorneys for Nationstar Mortgage LLC*
    *and Mortgage Electronic Registration*
    *Systems, Inc.*

## ORDER

Based on the stipulation between Plaintiff Nunez and Defendants Nationstar and MERS [ECF No. 47] and good cause appearing, IT IS SO ORDERED. Nationstar and MERS's motion for summary judgment **[ECF No. 41] is DENIED** as moot. Plaintiff has until March 30, 2020, to either dismiss the claims against defendants Homefield Financial, Keybank National Association, and Nevada Association Services, or file appropriate motions to bring the claims against these remaining defendants to conclusion.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 23, 2020