Michael Beede, Esq.
Nevada Bar No. 13068
**THE LAW OFFICE OF MIKE BEEDE, PLLC**
2470 St. Rose Pkwy., Ste. 307
Henderson, NV 89074
Phone: 702-473-8406
Fax: 702-832-0248
eservice@legallv.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARIVELLE NUNEZ AS TRUSTEE FOR MARIVELLE NUNEZ REVOCABLE LIVING TRUST, <br><br> Plaintiff, <br><br> v. <br><br> HOMEFIELD FINANCIAL, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; NATIONSTAR MORTGAGE, LLC; KEYBANK NATIONAL ASSOCIATION; and DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive <br><br> Defendants. | CASE NO. 2:16-cv-01504-JAD-NJK <br><br><br> **ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT PURSUANT TO FRCP 55(b)(2) AGAINST DEFENDANTS HOMEFIELD FINANCIAL, INC. AND KEYBANK NATIONAL ASSOCIATION** |
| NATIONSTAR MORTGAGE, LLC <br><br> Counterclaimant/Crossclaimant, <br><br> v. <br><br> MARIVELLE NUNEZ AS TRUSTEE FOR MARIVELLE NUNEZ REVOCABLE LIVING TRUST; SILVER TURTLE HOMEOWNER'S ASSOCIATION; and NEVADA ASSOCIATION SERVICES <br><br> Counter-Defendant/Cross-Defendants | ECF No. 51 |

In this action, the Judgment by Default concerns the real property commonly known as 6120 Skokie Ct., Las Vegas, NV 89130, APN: 125-26-611-016, and more fully described as follows:

**PARCEL ONE (1):**

LOT 16 IN BLOCK 1 OF FINAL MAP OF JONES / AZURE II (a COMMON INTEREST COMMUNITY) AS SHOWN BY MAP THEREOF ON FILE IN BOOK 117 OF PLATS, PAGE 2, IN THE OFFICE OF THE COUNTY RECORDER, CLARK COUNTY, NEVADA.

**PARCEL TWO (2):**

A NON-EXCLUSIVE EASEMENT FOR INGRESS, EGRESS AND ENJOYMENT IN AND TO THE COMMON ELEMENTS AS DELINEATED ON SAID MAP REFERRED TO ABOVE AND FURTHER DESCRIBED IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR SILVER TURTLE RECORDED JULY 23, 2004 IN BOOK 20040723 AS DOCUMENT NO. 01464 OF OFFICIAL RECORDS.

The Defendants, HOMEFIELD FINANCIAL, INC. and KEYBANK NATIONAL ASSOCIATION, having been regularly served with Summons and Complaint and having failed to appear and answer Plaintiff's claims filed herein, the legal time for answering having expired, and no answer or responsive motion having been filed, the Default of said Defendants, HOMEFIELD FINANCIAL, INC. and KEYBANK NATIONAL ASSOCIATION, in the premises, having been duly entered according to law, thus, default judgment shall be hereby entered against said Defendants, HOMEFIELD FINANCIAL, INC. and KEYBANK NATIONAL ASSOCIATION.

Pursuant to *Eitel v. McCool*, 782 F.2d 1470, 1471-1472 (9th Cir.1986), the factors which a court should consider in determining whether default judgment is proper include: (1) the possibility of prejudice to the plaintiff, (2) the merits of plaintiff's substantive claim, (3) the sufficiency of the complaint, (4) the sum of money at stake in the action, (5) the possibility of a dispute concerning material facts, (6) whether the default was due to excusable neglect, and (7) the strong policy underlying the Federal Rules of Civil Procedure favoring decisions on the merits. The Court finds that in sum, these factors weigh in favor of the entry of default judgment against HOMEFIELD FINANCIAL, INC. and KEYBANK NATIONAL ASSOCIATION.

Therefore, this Court **GRANTS [ECF No. 51]** the Motion for Default Judgment against Homefield Financial, Inc. and Keybank National Association; and

**IT IS SO ORDERED** THAT PLAINTIFF HAVE JUDGMENT AGAINST DEFENDANTS, HOMEFIELD FINANCIAL, INC. and KEYBANK NATIONAL ASSOCIATION:

1. For a determination and declaration that Plaintiff owns the property commonly known as 6120 Skokie Ct., Las Vegas, NV 89130, and bearing Assessor's Parcel Number 125-26-611-016, free and clear of all liens, encumbrances, and claims of HOMEFIELD FINANCIAL, INC. and KEYBANK NATIONAL ASSOCIATION;

2. For determination and declaration that the HOMEFIELD FINANCIAL, INC. and KEYBANK NATIONAL ASSOCIATION has no estate, right, title, interest or claim to the property commonly known as 6120 Skokie Ct., Las Vegas, NV 89130, and bearing Assessor's Parcel Number 125-26-611-016; and

3. Enjoining the Defendants, HOMEFIELD FINANCIAL, INC. and KEYBANK NATIONAL ASSOCIATION, from asserting any estate, right, title, interest or claim in the property commonly known as 6120 Skokie Ct., Las Vegas, NV 89130, and bearing Assessor's Parcel Number 125-26-611-016.

4. This Judgment shall not affect the rights of those against whom Default has not been entered.

5. Because this judgment resolves all remaining claims, **the Clerk of Court is directed to ENTER JUDGMENT accordingly and CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 23, 2020