AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Marivelle Nunez, as Trustee for Marivelle Nunez Revocable Living Trust,<br><br>Plaintiff,<br><br>v.<br><br>Homefield Financial, Inc., and Keybank National Association<br><br>Defendant. | DEFAULT JUDGMENT IN A CIVIL CASE<br><br>Case Number: 2:16-cv-01504-JAD-NJK |

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is Entered for Plaintiff Marivelle Nunez, as Trustee for Marivelle Nunez Revocable Living Trust and  Against Defendants, Homefield Financial, Inc. And Keybank National Associatio in accordance with the Court's  ORDER Granting the Motion for Default Judgment. This matter is now closed.

| | |
|---|---|
| 10/23/2020 | DEBRA K. KEMPI |
| Date | Clerk |
| | |
| | /s/ D. Reich-Smith |
| | Deputy Clerk |